```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
KEYSEAN L. KEYES,

                Plaintiff,
                                        MEMORANDUM & ORDER
        -against-                       17-CV-0692(JS)(SIL)

WILLIAM HESS, et al.,

                Defendants.
----------------------------------X
KEYSEAN L. KEYES,

                Plaintiff

        -against-                       17-CV-0696(JS)(SIL)

COUNTY COURT, Nassau County,
et al.,

                Defendants.
----------------------------------X
KEYSEAN L. KEYES,

                Plaintiff,

        -against-                       17-CV-1059(JS)(SIL)

JOHN SARCONE, et al.,

                Defendants.
----------------------------------X
KEYSEAN L. KEYES,

                Plaintiff,

        -against-                       17-CV-1060(JS)(SIL)

WINTHROP UNIVERSITY HOSPITAL,
et al.,

                Defendants.
----------------------------------X
```

```
----------------------------------X
```
KEYSEAN L. KEYES,

                Plaintiff,

    -against-                      17-CV-1061(JS)(SIL)

COUNTY COURT, Supreme Court,
et al.

                Defendants.
```
----------------------------------X
```
APPEARANCES
For Plaintiff:      Keysean L. Keyes
                     P.O. Box 1812
                     Mineola, New York 11501

For Defendants:     No appearances.

SEYBERT, District Judge:

       By Memorandum and Order dated June 6, 2017 (the "June 6th M&O"), the Court denied the applications of then-incarcerated pro se plaintiff Keysean L. Keyes ("Plaintiff") to proceed in forma pauperis and directed Plaintiff to remit the Court's $350 filing fee for each of the Complaints filed in the cases set forth above within fourteen (14) days of the date of the "June 6th M&O", and cautioned that her failure to do so will lead to the dismissal of her claims and judgment shall enter in each case.

       To date, Plaintiff has not paid the fees, nor has she otherwise communicated with the Court about these cases. Accordingly, the Complaints are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is DENIED for the purpose of any appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to CLOSE these cases and to mail a copy of this Order to the <u>pro</u> <u>se</u> Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: June   30  , 2017
       Central Islip, New York